IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH RICHARDSON                                                                          PLAINTIFF

vs.                                                           CIVIL ACTION No.: 3:18-CV-480-HTW-RHW

NANCY A BERRYHILL,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                                DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Robert H. Walker **[Docket no. 16]** and the plaintiff's written objection thereto [Docket no. 17]. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid Objection, finds same not well taken. Accordingly, the Report and Recommendation of United States Magistrate Judge Walker is hereby **ADOPTED** as the order of this court. **[Docket no. 16].** Plaintiff's Motion for Summary Judgment **[Docket no. 10]** is hereby **DENIED.** Plaintiff's Social Security appeal is **DISMISSED WITH PREJUDICE**.

SO ORDERED AND ADJUDGED this the 28th day of June, 2019.

                                                    s/ HENRY T. WINGATE
                                                  UNITED STATES DISTRICT COURT JUDGE